**Order entered October 7, 2021**



### In The
### Court of Appeals
### Fifth District of Texas at Dallas

### No. 05-21-00707-CV

### RODNEY BROWN, Appellant

### V.

### TEXAS WORKFORCE COMMISSION AND A.W. BROWN-FELLOWSHIP LEADER ACADEMY F.K.A. A.W. BROWN FELLOWSHIP CHARTER SCHOOL, Appellees

### On Appeal from the 160th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-19-06425

### ORDER

Before the Court is appellant's written verification that payment arrangements have been made for the appellate record. Accordingly, we **ORDER** Dallas County District Clerk Felicia Pitre and Gina Udall, Official Court Reporter for the 160th Judicial District Court, to file their respective records no later than November 8, 2021.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Pitre, Ms. Udall, and the parties.

/s/     CRAIG SMITH
       JUSTICE